United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CLEVELAND IMAGING & SURGICAL | § | |
| HOSPITAL LLC, | § | |
| | § | |
| | § | Civil Case No. 4:23-CV-01675 |
| | § | |
| SONYA CHANDLER ANDERSON | § | |
| | § | |
| Respondent | § | |

## ORDER

Before the Court is the Report and Recommendation for Withdrawal of the Reference to the United States District Court for Criminal Contempt Proceedings, and Referral to the United States Attorney issued by Bankruptcy Judge David R. Jones. (Dkt. No. 1). Having considered the Report and Recommendation and the applicable law, the Court **WITHDRAWS THE REFERENCE** in the above-styled bankruptcy proceeding.

It is SO ORDERED.

Signed on October 7, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**